# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMOS VANDERHOFF, | |
| Plaintiff, | NO. 3:18-CV-1071 |
| v. | (JUDGE CAPUTO) |
| CITY OF NANTICOKE and POLICE CHIEF THOMAS WALL, in his Individual and Official capacity, | |
| Defendants. | |

## **ORDER**

**NOW**, this 20th day of July, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 5) filed by Defendants City of Nanticoke and Police Chief Thomas Wall is **GRANTED**.

(2) Plaintiff Amos Vanderhoff has **twenty-one (21)** days from the date of entry of this Order to file a further amended complaint to properly state his claims. Failure to file within this time will result in the **dismissal of this action with prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge