# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMOS VANDERHOFF,

   Plaintiff,

          v.

CITY OF NANTICOKE and POLICE CHIEF THOMAS WALL, in his Individual and Official capacity,

   Defendants.

NO. 3:18-CV-1071

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 24th day of September, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 14) filed by Defendants City of Nanticoke and Police Chief Thomas Wall is **GRANTED in part and DENIED in part**.

(2) Count II of the Second Amended Complaint and the official capacity claims against Defendant Wall are **DISMISSED with prejudice**.

(3) The Motion to Dismiss is **DENIED** in all other respects.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge