THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMOS VANDERHOFF,

    Plaintiff,

    v.

CITY OF NANTICOKE and
POLICE CHIEF THOMAS WALL,

    Defendants.

: CIVIL ACTION NO. 3:18-CV-1071
: (JUDGE MARIANI)

FILED
SCRANTON
OCT 26 2021
PER _____ DEPUTY CLERK

**ORDER**

AND NOW, THIS 26th DAY OF OCTOBER 2021, upon consideration of Defendants' Motion in Limine to Preclude Evidence of Chief Thomas Wall's Hiring (Doc. 66) and all relevant documents, for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** a ruling on the issues raised in the motion is **DEFERRED** until trial and must be raised by timely objection in response to any attempt by Plaintiff to elicit testimony on the issues in dispute.

Robert D. Mariani
United States District Judge