THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMOS VANDERHOFF, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:18-CV-1071 |
| | : (JUDGE MARIANI) |
| v. | : |
| CITY OF NANTICOKE and POLICE CHIEF THOMAS WALL, | : |
| Defendants. | : |

FILED
SCRANTON
OCT 26 2021
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 26th DAY OF OCTOBER 2021, upon consideration of Defendants' Motion in Limine to Preclude the Testimony Regarding the Lawsuit Filed by Kara Kroll (Doc. 64) and all relevant documents, for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** a ruling on the issues raised in the motion is **DEFERRED** until trial and must be raised by timely objection in response to any attempt by Plaintiff to elicit testimony on the issues in dispute.

_____
Robert D. Mariani
United States District Judge