THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMOS VANDERHOFF,

    Plaintiff,

    v.

CITY OF NANTICOKE and
POLICE CHIEF THOMAS WALL,

    Defendants.

: CIVIL ACTION NO. 3:18-CV-1071
: (JUDGE MARIANI)

FILED
SCRANTON
OCT 29 2021
PER _____

## ORDER

**AND NOW, THIS 29th DAY OF OCTOBER 2021**, in order to avoid the delay of the trial in this matter scheduled for November 8, 2021, in light of defendant having filed Defendant's Motion to Enforce Settlement (Doc. 79) and supporting brief (Doc. 80), **IT IS HEREBY ORDERED THAT** Plaintiff's counsel shall file a response and supporting brief no later than **Tuesday, November 2, 2021, at 5:00 p.m.** After review of Plaintiff's counsel's response, the Court will determine whether a hearing on the pending motion is necessary and will schedule such hearing, if deemed appropriate, prior to the scheduled date of trial.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge